UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
SAN ANTONIO DIVISION

**FILED**

April 30, 2026

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____**NM**_____
DEPUTY

DARIO STEVES DIAZ AGUILA,　　§
　　　　　　　　　　　　　　　§
　　　　Petitioner,　　　　　　 §
　　　　　　　　　　　　　　　§
v.　　　　　　　　　　　　　　 §　　NO. SA-26-CV-2229-OLG
　　　　　　　　　　　　　　　§
MARKWAYNE MULLIN *et al.*,　　 §
　　　　　　　　　　　　　　　§
　　　　Respondents.　　　　　　§

### O R D E R

On this date, the Court amended its order in another habeas case initiated by Petitioner Dario Steves Diaz Aguila, *see Aguila v. Noem*, SA-26-CV-239-OLG (W.D. Tex. 2026), to grant relief on due process grounds. Because the Court has granted the relief sought herein—release—this case is now moot. *See, e.g.*, *Herndon v. Upton*, 985 F.3d 443, 446 (5th Cir. 2021). Accordingly, the Verified Petition for Writ of Habeas Corpus Under 28 U.S.C. § 2241 (Dkt. No. 1) is **DISMISSED AS MOOT**.

This case is **CLOSED**.

It is so **ORDERED**.

SIGNED on April ____**30**____, 2026.

_____
ORLANDO L. GARCIA
United States District Judge